469 A.2d 298

Commonwealth v. Lewis, Appellant.

Submitted October 21, 1983. Melvin B. Goldstein, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.